People v Orellana (2025 NY Slip Op 05471)

People v Orellana

2025 NY Slip Op 05471

Decided on October 07, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 07, 2025

Before: Webber, J.P., Mendez, Pitt-Burke, Higgitt, O'Neill Levy, JJ. 

Ind. No. 71503/23|Appeal No. 4863|Case No. 2025-00874|

[*1]The People of the State of New York, Respondent,
v
Eligio Orellana, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.

Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered January 15, 2025, convicting defendant, upon his guilty plea, of attempted robbery in the second degree, and sentencing him to a term of 364 days, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the mandatory surcharge and fees imposed on defendant at sentencing, and otherwise affirmed.
Based on our interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see e.g. People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 7, 2025